FILED

03/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0407

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0407

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

MICHAEL BRANDON BREAREY,

    Defendant and Appellant.

O R D E R

_____

    Upon consideration of Appellant's sixth motion for an extension of time to file his opening brief,

    IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including April 17, 2020, within which to file Appellant's opening brief on appeal.

    No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 11 2020